July 19, 2012



# JUDGMENT

# 𝔗𝔥𝔢 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

YOLANDA SANDRIA SAQUI AND ROSALIN REYES RAMIREZ, EACH
INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF
MIGUEL ANGEL BARRAGAN SANDRIA, Appellants

NO. 14-12-00358-CV                 V.

PRIDE INTERNATIONAL, INC., MEXICO DRILLING LIMITED, LLC, PRIDE
CENTRAL AMERICA, LLC, PRIDE CENTRAL AMERICA, LLC (MEXICAN
BRANCH) AND GULF OF MEXICO PERSONNEL SERVICES S. DE R.L.DE C.V.,
Appellees

_____

Today the court heard the parties' agreed motion to dismiss the appeal from the order signed March 19, 2012, granting the motion to dismiss for forum nonconveniens filed by appellee, Pride Central America, LLC.

Having considered the motion and found it meritorious, we order the appeal **DISMISSED** with prejudice.

We order each party to pay its costs incurred by this appeal.

We further order this decision certified below for observance.

We further order that mandate be issued immediately.